| AO 10*<br>Rev. 1/2012 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2011** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>King, George H. | 2. Court or Organization<br><br>United States District Court, Central District of California | 3. Date of Report<br><br>10/11/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Active-United States District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>Edward R. Roybal Federal Building and Courthouse<br>255 East Temple Street<br>Suite 660<br>Los Angeles, CA 90012 |
|---|
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information. Insert signature on last page.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 10/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 10/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. In Trust # 1 LA Financial Credit Union | A | Dividend | M | T | | | | | |
| 2. (y) In Trust #1 Real Estate Prescott. AZ | D | Rent | M | S | | | | | |
| 3. Wells Fargo Bank, N.A. Savings/Checking (x-checking) | A | Interest | M | T | | | | | |
| 4. Universal Life Insurance (State Farm) | C | Dividend | L | T | | | | | |
| 5. Adventrx Pharmaecuticals Inc. | | None | J | T | | | | | |
| 6. (y) Agrium Inc. (AGU) | A | Dividend | | | Buy | 05/25/11 | J | | |
| 7. AGU | | | | | Buy | 06/08/11 | J | | |
| 8. AGU | | | | | Buy | 08/08/11 | J | | |
| 9. AGU | | | | | Sold (part) | 08/11/11 | J | A | |
| 10. AGU | | | | | Sold | 08/31/11 | J | A | |
| 11. Agricultural Bank of China | | None | J | T | Buy | 06/09/11 | J | | |
| 12. (y) American Axel | | None | | | Sold | 07/29/11 | J | | |
| 13. American Axel | | | | | Buy | 08/08/11 | J | B | |
| 14. American Axel | | | | | Sold | 08/12/11 | J | | |
| 15. American Axel | | | | | Buy | 09/19/11 | J | A | |
| 16. American International Group | | None | | | Buy | 07/07/11 | J | | |
| 17. American International Group | | | | | Sold | 07/07/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1.000 or less | B =$1.001 - $2.500 | C =$2.501 - $5.000 | D =$5.001 - $15.000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| | F =$50.001 - $100.000 | G =$100.001 - $1.000.000 | H1 =$1.000.001 - $5.000.000 | H2 =More than $5.000.000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15.000 or less | K =$15.001 - $50.000 | L =$50.001 - $100.000 | M =$100.001 - $250.000 | |
| | N =$250.001 - $500.000 | O =$500.001 - $1.000.000 | P1 =$1.000.001 - $5.000.000 | P2 =$5.000.001 - $25.000.000 | |
| | P3 =$25.000.001 - $50.000.000 | | P4 =More than $50.000.000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Andre Juice Co. Ltd. | A | Dividend | J | T | | | | | |
| 19. Anhui Expressway Co. Ltd. | | None | J | T | Buy | 06/12/11 | J | | |
| 20. Applied Energetics | | None | J | T | | | | | |
| 21. Arch Coal Inc. (ACI) | A | Dividend | | | Buy | 05/20/11 | J | | |
| 22. ACI | | | | | Buy | 06/24/11 | J | | |
| 23. ACI | | | | | Buy | 08/02/11 | J | | |
| 24. ACI | | | | | Buy | 08/05/11 | J | | |
| 25. ACI | | | | | Buy | 08/08/11 | J | | |
| 26. ACI | | | | | Sold (part) | 08/11/11 | J | | |
| 27. ACI | | | | | Sold | 09/01/11 | J | | |
| 28. Ascott Residence Trust NPV (Real Estate Investment Trust) | | None | J | T | Buy | 09/21/11 | J | | |
| 29. Asian Environment Holdings Ltd. | B | Dividend | J | T | Buy | 11/25/11 | J | | |
| 30. Atlas Pipline Partners LP (APL) | A | Dividend | | | Buy | 06/08/11 | J | | |
| 31. APL | | | | | Buy | 06/16/11 | J | | |
| 32. APL | | | | | Buy | 08/08/11 | J | | |
| 33. APL | | | | | Sold | 08/24/11 | J | | |
| 34. Banco Bilbao Vizcaya Argentaria, S.A. (BBVA) | | None | J | T | Sold | 07/07/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BBVA | | | | | Sold | 07/13/11 | J | | |
| 36. BBVA | | | | | Buy | 08/08/11 | J | A | |
| 37. BBVA | | | | | Sold | 08/11/11 | J | | |
| 38. BBVA | | | | | Buy | 09/19/11 | J | A | |
| 39. BBVA | | | | | Sold | 10/06/11 | J | | |
| 40. Banco Santaider | | None | | | Buy | 10/06/11 | J | | |
| 41. Banco Santaider | | | | | Sold | 10/06/11 | J | | |
| 42. Bangkok Bank Public Co. Ltd. | A | Dividend | J | T | | | | | |
| 43. Bangkok Dusit Medical Services Co. Ltd. | A | Dividend | | | Sold | 12/07/11 | K | | |
| 44. Bank of America | | None | | | Sold | 11/15/11 | J | | |
| 45. Bank of America | | | | | Buy | 11/15/11 | J | A | |
| 46. Bank of China | | None | J | T | Buy | 06/10/11 | J | | |
| 47. Barclay Bank | | None | | | Sold | 07/07/11 | K | | |
| 48. Barclay Bank | | | | | Buy | 07/08/11 | K | A | |
| 49. Barrick Gold Corp. (ABX) | A | Dividend | | | Buy | 05/11/11 | J | | |
| 50. ABX | | | | | Buy | 06/24/11 | J | | |
| 51. ABX | | | | | Sold | 08/24/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ABX | | | | | Sold | 10/27/11 | J | A | |
| 53. BHP Billiton Ltd. (BHP) | A | Dividend | | | Buy | 05/25/11 | J | | |
| 54. BHP | | | | | Buy | 08/02/11 | J | | |
| 55. BHP | | | | | Sold | 08/11/11 | J | | |
| 56. BHP | | | | | Sold | 10/27/11 | J | | |
| 57. Canadian Dollars | | None | | | Sold | 03/16/11 | K | | |
| 58. Canadian Dollars | | | | | Sold | 05/17/11 | K | | |
| 59. Canadian Dollars | | | | | Buy | 10/28/11 | L | | |
| 60. Capital One (COF) | | None | | | Sold | 07/13/11 | J | | |
| 61. COF | | | | | Sold | 07/19/11 | J | | |
| 62. COF | | | | | Buy | 08/08/11 | J | B | |
| 63. COF | | | | | Sold | 08/10/11 | J | | |
| 64. COF | | | | | Buy | 09/19/11 | J | B | |
| 65. Centamin Egypt Ltd. (CEE) | | None | | | Buy | 05/06/11 | J | | |
| 66. CEE | | | | | Sold | 07/13/11 | J | | |
| 67. CEE | | | | | Buy | 05/1/11 | J | | |
| 68. CEE | | | | | Buy | 08/02/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CEE | | | | | Sold (part) | 08/24/11 | J | | |
| 70. CEE | | | | | Sold | 10/27/11 | J | A | |
| 71. Chaoda Modern Agriculture Holdings | | None | J | T | | | | | |
| 72. Chesapeake Energy Corp. (CHK) | A | Dividend | | | Buy | 05/17/11 | J | | |
| 73. CHK | | | | | Buy | 06/16/11 | J | | |
| 74. CHK | | | | | Buy | 08/08/11 | J | | |
| 75. CHK | | | | | Sold (part) | 08/11/11 | J | A | |
| 76. CHK | | | | | Sold | 09/01/11 | J | A | |
| 77. Chevron Corp. (CVX) | A | Dividend | | | Buy | 05/25/11 | J | | |
| 78. CVX | | | | | Buy | 06/24/11 | J | | |
| 79. CVX | | | | | Buy | 08/05/11 | K | | |
| 80. CVX | | | | | Sold (part) | 08/05/11 | K | | |
| 81. CVX | | | | | Sold (part) | 08/11/11 | J | | |
| 82. CVX | | | | | Sold | 09/01/11 | J | A | |
| 83. Chiang Mai Ram Medical Business Pcl | | None | J | T | Buy | 09/21/11 | J | | |
| 84. China Blue Chemical Ltd. | A | Dividend | J | T | | | | | |
| 85. China Construction Bank | A | Dividend | J | T | Buy | 06/13/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. China Huiyuan Juice Group | | None | J | T | Buy | 06/12/11 | J | | |
| 87. (y) China Overseas Land & Investment Ltd. | | None | | | Sold | 01/19/10 | J | B | |
| 88. Citigroup | | None | | | Sold | 06/30/11 | J | A | |
| 89. Citigroup | | | | | Buy | 07/05/11 | J | | |
| 90. Cocoa Futures (CCH2) | | None | | | Buy | 09/14/11 | K | | |
| 91. CCH2 | | | | | Sold | 12/20/11 | K | | |
| 92. Core Laboratories N.V. (CLB) | A | Dividend | | | Buy | 08/04/11 | J | | |
| 93. CLB | | | | | Buy | 08/05/11 | J | | |
| 94. CLB | | | | | Buy | 08/08/11 | J | | |
| 95. CLB | | | | | Sold (part) | 08/11/11 | J | A | |
| 96. CLB | | | | | Sold | 10/27/11 | J | A | |
| 97. Corn Products International Inc. (CPO) | A | Dividend | | | Buy | 08/04/11 | J | | |
| 98. CPO | | | | | Buy | 08/08/11 | J | | |
| 99. CPO | | | | | Sold | 10/27/11 | J | A | |
| 100. Cresud S.A. (CRESY) | | None | | | Buy | 08/02/11 | J | | |
| 101. CRESY | | | | | Buy | 08/05/11 | J | | |
| 102. CRESY | | | | | Sold (part) | 08/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  CRESY | | | | | Sold | 08/31/11 | J | | |
| 104.  Crude oil futures (CLJ1) | | None | | | Buy | 02/02/11 | L | | |
| 105.  CLJ1 | | | | | Sold | 02/24/11 | L | D | |
| 106.  Crude oil futures (CLM1) | | None | | | Sold | 03/31/11 | M | | |
| 107.  CLM1 | | | | | Buy | 05/05/11 | L | D | |
| 108.  Crude oil futures (CLN1) | | None | | | Sold | 05/16/11 | L | | |
| 109.  CLN1 | | | | | Buy | 05/16/11 | L | B | |
| 110.  CLN1 | | | | | Sold | 05/17/11 | L | | |
| 111.  CLN1 | | | | | Buy | 05/17/11 | L | | |
| 112.  CLN1 | | | | | Sold | 05/18/11 | M | | |
| 113.  CLN1 | | | | | Sold | 05/25/11 | M | | |
| 114.  CLN1 | | | | | Buy | 05/25/11 | M | | |
| 115.  CLN1 | | | | | Sold | 05/27/11 | M | | |
| 116.  CLN1 | | | | | Buy | 06/10/11 | L | B | |
| 117.  Crude oil futures (CLQ1) | | None | | | Sold | 06/10/11 | L | | |
| 118.  CLQ1 | | | | | Buy | 06/16/11 | M | C | |
| 119.  CLQ1 | | | | | Sold | 06/16/11 | M | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. CLQ1 | | | | | Buy | 06/17/11 | M | A | |
| 121. CLQ1 | | | | | Sold | 06/17/11 | L | B | |
| 122. Crude oil futures (CLU1) | | None | | | Sold | 07/06/11 | L | | |
| 123. CLU1 | | | | | Buy | 07/12/11 | M | A | |
| 124. CLU1 | | | | | Sold | 07/12/11 | L | | |
| 125. CLU1 | | | | | Sold | 07/13/11 | L | | |
| 126. CLU1 | | | | | Sold | 07/15/11 | L | | |
| 127. CLU1 | | | | | Buy | 07/15/11 | L | A | |
| 128. CLU1 | | | | | Buy | 07/19/11 | L | | |
| 129. CLU1 | | | | | Sold | 07/20/11 | M | | |
| 130. CLU1 | | | | | Buy | 07/20/11 | M | A | |
| 131. CLU1 | | | | | Sold | 07/21/11 | M | | |
| 132. CLU1 | | | | | Buy | 07/21/11 | M | | |
| 133. CLU1 | | | | | Sold | 07/22/11 | M | | |
| 134. CLU1 | | | | | Buy | 07/28/11 | N | B | |
| 135. CLU1 | | | | | Sold | 07/28/11 | N | | |
| 136. CLU1 | | | | | Sold | 08/02/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1.000 or less | B =$1.001 - $2.500 | C =$2.501 - $5.000 | D =$5.001 - $15.000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| | F =$50.001 - $100.000 | G =$100.001 - $1.000.000 | H1 =$1.000.001 - $5.000.000 | H2 =More than $5.000.000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15.000 or less | K =$15.001 - $50.000 | L =$50.001 - $100.000 | M =$100.001 - $250.000 | |
| | N =$250.001 - $500.000 | O =$500.001 - $1.000.000 | P1 =$1.000.001 - $5.000.000 | P2 =$5.000.001 - $25.000.000 | |
| | P3 =$25.000.001 - $50.000.000 | | P4 =More than $50.000.000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. CLU1 | | | | | Buy | 08/02/11 | L | A | |
| 138. CLU1 | | | | | Sold | 08/04/11 | L | | |
| 139. CLU1 | | | | | Buy | 08/05/11 | M | C | |
| 140. CLU1 | | | | | Sold | 08/05/11 | L | | |
| 141. CLU1 | | | | | Buy | 08/08/11 | L | | |
| 142. CLU1 | | | | | Sold | 08/09/11 | N | | |
| 143. CLU1 | | | | | Buy | 08/19/11 | L | | |
| 144. Crude oil futures (CLV1) | | None | | | Buy | 08/23/11 | L | | |
| 145. CLV1 | | | | | Sold | 08/23/11 | L | | |
| 146. Crude oil futures (CLX1) | | None | | | Buy | 08/31/11 | L | | |
| 147. CLX1 | | | | | Sold | 09/22/11 | L | D | |
| 148. CLX1 | | | | | Sold | 09/23/11 | L | | |
| 149. CLX1 | | | | | Buy | 09/23/11 | L | A | |
| 150. (y) Crude oil futures (CLZ0) | | None | | | Sold | 2010 | | | |
| 151. Crude oil futures (CLZ1) | | None | | | Buy | 10/14/11 | L | | |
| 152. CLZI | | | | | Sold | 10/14/11 | M | | |
| 153. CLZ1 | | | | | Buy | 10/27/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Deere & Co. (DE) | A | Dividend | | | Buy | 05/25/11 | J | | |
| 155. DE | | | | | Buy | 06/03/11 | J | | |
| 156. DE | | | | | Buy | 08/05/11 | J | | |
| 157. DE | | | | | Sold (part) | 08/11/11 | J | | |
| 158. DE | | | | | Sold | 08/31/11 | J | A | |
| 159. Detour Gold Corp. (DCG) | | None | | | Buy | 05/25/11 | J | | |
| 160. DCG | | | | | Buy | 06/03/11 | J | | |
| 161. DCG | | | | | Buy | 06/15/11 | J | | |
| 162. DCG | | | | | Buy | 06/22/11 | J | | |
| 163. DCG | | | | | Sold (part) | 08/11/11 | J | A | |
| 164. DCG | | | | | Sold | 10/27/11 | J | A | |
| 165. Direxion Daily Financial Bear 3X (FAZ) | | None | | | Buy | 10/14/11 | J | | |
| 166. FAZ | | | | | Sold | 10/14/11 | J | | |
| 167. El Paso Pipeline Partners LP (EPB) | | None | | | Buy | 06/13/11 | J | | |
| 168. EPB | | | | | Buy | 06/16/11 | J | | |
| 169. EPB | | | | | Buy | 07/12/11 | J | | |
| 170. EPB | | | | | Buy | 10/04/11 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. EPB | | | | | Buy | 10/06/11 | J | | |
| 172. EPB | | | | | Sold | 10/25/11 | J | | |
| 173. Endeavour Silver Corp. (EDR) | | None | | | Buy | 07/08/11 | J | | |
| 174. EDR | | | | | Buy | 08/05/11 | J | | |
| 175. EDR | | | | | Sold (part) | 08/11/11 | J | A | |
| 176. EDR | | | | | Sold | 09/01/11 | J | A | |
| 177. Energy Transfer Partners LP (ETP) | A | Dividend | | | Buy | 07/28/11 | J | | |
| 178. ETP | | | | | Buy | 08/02/11 | J | | |
| 179. ETP | | | | | Buy | 08/08/11 | J | | |
| 180. ETP | | | | | Buy | 10/06/11 | J | | |
| 181. ETP | | | | | Buy | 11/08/11 | J | | |
| 182. ETP | | | | | Sold (part) | 11/28/11 | J | | |
| 183. ETP | | | | | Sold | 12/20/11 | J | A | |
| 184. ESH2 (S&P 500 futures) | | None | M | T | Sold | 12/12/11 | L | | |
| 185. ESH2 | | | | | Buy | 12/28/11 | L | | |
| 186. ESH2 | | | | | Sold | 12/12/11 | M | | |
| 187. ESM1 (S&P 500) | | None | | | Sold | 03/11/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. ESMI | | | | | Sold | 04/15/11 | L | | |
| 189. ESM1 | | | | | Sold | 04/28/11 | L | | |
| 190. ESM1 | | | | | Buy | 06/02/11 | L | | |
| 191. ESM1 | | | | | Sold | 06/07/11 | L | | |
| 192. ESM1 | | | | | Buy | 06/07/11 | L | C | |
| 193. ESM1 | | | | | Sold | 06/09/11 | L | | |
| 194. ESM1 | | | | | Buy | 06/10/11 | M | B | |
| 195. ESU1 (S&P 500 futures) | None | | | | Sold | 06/10/11 | M | | |
| 196. ESU1 | | | | | Buy | 06/10/11 | L | A | |
| 197. ESU1 | | | | | Buy | 06/20/11 | L | A | |
| 198. ESU1 | | | | | Sold | 06/22/11 | L | | |
| 199. ESU1 | | | | | Buy | 07/01/11 | L | C | |
| 200. ESU1 | | | | | Sold | 07/08/11 | L | | |
| 201. ESU1 | | | | | Buy | 07/12/11 | L | B | |
| 202. ESU1 | | | | | Sold | 07/13/11 | L | | |
| 203. ESU1 | | | | | Buy | 07/19/11 | L | B | |
| 204. ESU1 | | | | | Sold | 07/19/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. ESU1 | | | | | Buy | 07/27/11 | L | | |
| 206. ESU1 | | | | | Buy | 07/28/11 | L | A | |
| 207. ESU1 | | | | | Buy | 07/29/11 | L | | |
| 208. ESU1 | | | | | Sold | 08/03/11 | N | | |
| 209. ESU1 | | | | | Buy | 08/03/11 | L | C | |
| 210. ESU1 | | | | | Buy | 08/04/11 | O | A | |
| 211. ESU1 | | | | | Sold | 08/04/11 | M | | |
| 212. ESU1 | | | | | Sold | 08/05/11 | O | | |
| 213. ESU1 | | | | | Buy | 08/05/11 | O | A | |
| 214. ESU1 | | | | | Sold | 08/09/11 | M | | |
| 215. ESU1 | | | | | Sold | 08/11/11 | L | | |
| 216. ESU1 | | | | | Buy | 08/12/11 | M | | |
| 217. ESU1 | | | | | Sold | 08/15/11 | L | | |
| 218. ESU1 | | | | | Buy | 08/17/11 | L | A | |
| 219. ESU1 | | | | | Sold | 08/19/11 | L | | |
| 220. ESU1 | | | | | Buy | 09/19/11 | L | A | |
| 221. ESZ1 (S&P 500 futures) | | None | | | Sold | 10/06/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. ESZ1 | | | | | Buy | 12/12/11 | L | | |
| 223. ESZ1 | | | | | Sold | 08/19/11 | L | | |
| 224. ESZ1 | | | | | Buy | 08/19/11 | L | | |
| 225. ESZ1 | | | | | Sold | 09/22/11 | M | | |
| 226. ESZ1 | | | | | Sold | 10/18/11 | L | | |
| 227. ESZ1 | | | | | Buy | 10/27/11 | L | | |
| 228. ESZ1 | | | | | Buy | 10/28/11 | L | | |
| 229. ESZ1 | | | | | Sold | 11/11/11 | L | | |
| 230. ESZ1 | | | | | Buy | 12/12/11 | M | | |
| 231. EWG (Germany ETF) | None | | J | T | Sold | 10/06/11 | J | | |
| 232. EWI (Italy ETF) | None | | | | Sold | 08/12/11 | J | | |
| 233. EWI | | | | | Buy | 09/19/11 | J | A | |
| 234. EWK (Belgium ETF) | None | | J | T | Sold | 07/19/11 | J | | |
| 235. EWK | | | | | Buy | 07/29/11 | J | | |
| 236. EWK | | | | | Sold | 08/12/11 | J | | |
| 237. EWK | | | | | Buy | 09/19/11 | J | | |
| 238. EWK | | | | | Sold | 10/06/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. EWP (Spain ETF) | | None | J | T | Sold | 07/19/11 | J | | |
| 240. EWP | | | | | Buy | 07/19/11 | J | | |
| 241. EWP | | | | | Buy | 10/06/11 | J | | |
| 242. EWQ (France ETF) | | None | J | T | Sold | 08/12/11 | J | | |
| 243. EWQ | | | | | Buy | 09/19/11 | J | | |
| 244. EWQ | | | | | Sold | 10/06/11 | J | | |
| 245. EWU (United Kingdom ETF) | | None | | | Sold | 07/19/11 | J | | |
| 246. EWU | | | | | Buy | 07/25/11 | J | | |
| 247. EWU | | | | | Sold | 08/12/11 | J | | |
| 248. EWU | | | | | Buy | 09/19/11 | J | A | |
| 249. Euro futures | | None | M | T | Sold | 12/12/11 | M | | |
| 250. Euro futures | | None | | | Sold | 06/22/11 | M | | |
| 251. | | | | | Buy | 08/05/11 | M | B | |
| 252. (y) Euro futures  Bought 1 contract on 11/30/10 | | None | | | Sold | 12/10/10 | M | C | |
| 253. Euro futures | | None | | | Sold | 10/28/11 | M | | |
| 254. | | | | | Buy | 12/12/11 | M | D | |
| 255. Broker #3 Cash Reserves | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Freeport-McMoran Copper B (FCX) | A | Dividend | | | Buy | 05/17/11 | J | | |
| 257. FCX | | | | | Buy | 06/22/11 | J | | |
| 258. FCX | | | | | Buy | 08/08/11 | J | | |
| 259. FCX | | | | | Sold (part) | 08/11/11 | J | | |
| 260. FCX | | | | | Sold (part) | 08/12/11 | J | A | |
| 261. FCX | | | | | Sold | 10/28/11 | J | | |
| 262. Gabriel Resources Ltd. Com (GBU) | | None | | | Buy | 05/05/11 | J | | |
| 263. GBU | | | | | Buy | 05/24/11 | J | | |
| 264. GBU | | | | | Buy | 06/20/11 | J | | |
| 265. GBU | | | | | Sold (part) | 07/13/11 | J | A | |
| 266. GBU | | | | | Buy | 08/05/11 | J | | |
| 267. GBU | | | | | Sold (part) | 08/11/11 | J | | |
| 268. GBU | | | | | Buy | 10/28/11 | J | | |
| 269. GBU | | | | | Sold | 10/28/11 | J | | |
| 270. Gold Fields Ltd. (GFI) | A | Dividend | | | Buy | 05/13/11 | J | | |
| 271. GFI | | | | | Buy | 06/22/11 | J | | |
| 272. GFI | | | | | Sold | 07/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. GFI | | | | | Buy | 08/05/11 | J | | |
| 274. GFI | | | | | Sold (part) | 08/24/11 | J | A | |
| 275. GFI | | | | | Sold | 10/28/11 | J | A | |
| 276. General Motors (GM) | | None | | | Sold | 06/30/11 | J | | |
| 277. GM | | | | | Sold | 07/05/11 | J | | |
| 278. GM | | | | | Sold | 07/06/11 | J | | |
| 279. GM | | | | | Buy | 08/08/11 | J | A | |
| 280. GM | | | | | Sold | 08/12/11 | J | | |
| 281. GM | | | | | Buy | 09/19/11 | J | A | |
| 282. Goldman Sachs (GS) | | None | | | Sold | 07/13/11 | J | | |
| 283. GS | | | | | Sold | 07/19/11 | J | | |
| 284. GS | | | | | Buy | 07/29/11 | J | | |
| 285. HEG2 (lean hogs futures) | | None | | | Buy | 11/08/11 | K | | |
| 286. HEG2 | | | | | Sold | 11/17/11 | K | B | |
| 287. HEZ1 (lean hogs futures) | | None | | | Buy | 08/31/11 | K | | |
| 288. HEZ1 | | | | | Sold | 10/17/11 | K | C | |
| 289. (y) HGZ0 (high grade copper futures) | | None | | | Buy | 11/11/10 | L | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. HGU1 (high grade copper futures) | | None | | | Sold | 07/19/11 | M | | |
| 291. HGU1 | | | | | Buy | 07/28/11 | M | A | |
| 292. HOM1 (heating oil futures) | | None | | | Sold | 04/08/11 | M | | |
| 293. HOM1 | | | | | Buy | 04/19/11 | M | D | |
| 294. Hong Kong Dollars (HKD) | B | Dividend | M | T | Sold | 03/16/11 | K | | |
| 295. HKD | | | | | Buy | 03/16/11 | L | | |
| 296. HKD | | | | | Sold | 06/22/11 | J | | |
| 297. HKD | | | | | Buy | 06/22/11 | J | | |
| 298. Humana | A | Dividend | J | T | | | | | |
| 299. Hyflux Ltd. | A | Dividend | J | T | | | | | |
| 300. HYG (High Yield Debt ETF) | | None | K | T | Sold | 11/15/11 | J | | |
| 301. HYG | | | | | Sold | 11/22/11 | J | | |
| 302. HYG | | | | | Sold | 11/25/11 | J | | |
| 303. Broker # 1 (IRAs and Brokerage) account | | None | M | T | Distributed (part) | 05/06/11 | M | G | |
| 304. Broker # 1 | | | | | Distributed (part) | 06/24/11 | L | G | |
| 305. Broker #1 | | | | | Distributed (part) | 08/04/11 | M | F | |
| 306. Broker #1 | | | | | Distributed (part) | 11/01/11 | N | G | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Ipath Dow Jones-UBS Cotton Subindex (BAL) | | None | | | Buy | 08/31/11 | J | | |
| 308. BAL | | | | | Sold | 10/25/11 | J | | |
| 309. Ishares Barclays 1-3 year treasury (SHY) | | None | | | Buy | 06/15/11 | J | | |
| 310. SHY | | | | | Buy | 06/16/11 | K | | |
| 311. SHY | | | | | Buy | 06/20/11 | J | | |
| 312. SHY | | | | | Sold | 06/29/11 | K | | |
| 313. Ishares Barclays 7-10 year treasury (IEF) | A | Dividend | | | Buy | 06/20/11 | K | | |
| 314. IEF | | | | | Buy | 06/21/11 | K | | |
| 315. IEF | | | | | Buy | 06/22/11 | J | | |
| 316. IEF | | | | | Sold | 07/01/11 | K | | |
| 317. Ishares Barclays 20+ year treasury (TLT) | A | Dividend | | | Buy | 06/14/11 | K | | |
| 318. TLT | | | | | Buy | 06/15/11 | K | | |
| 319. TLT | | | | | Buy | 06/16/11 | J | | |
| 320. TLT | | | | | Buy | 06/20/11 | J | | |
| 321. TLT | | | | | Sold | 07/01/11 | L | B | |
| 322. Ishares 1-3 year credit bonds (CSJ) | | None | J | T | Sold | 11/22/11 | J | | |
| 323. Ishares Silver Tr. Ishares (SLV) | | None | L | T | Buy | 02/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1.000 or less | B =$1.001 - $2.500 | C =$2.501 - $5.000 | D =$5.001 - $15.000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| | F =$50.001 - $100.000 | G =$100.001 - $1.000.000 | H1 =$1.000.001 - $5.000.000 | H2 =More than $5.000.000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15.000 or less | K =$15.001 - $50.000 | L =$50.001 - $100.000 | M =$100.001 - $250.000 | |
| | N =$250.001 - $500.000 | O =$500.001 - $1.000.000 | P1 =$1.000.001 - $5.000.000 | P2 =$5.000.001 - $25.000.000 | |
| | P3 =$25.000.001 - $50.000.000 | | P4 =More than $50.000.000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  SLV | | | | | Sold | 04/21/11 | J | E | |
| 325.  SLV | | | | | Buy | 08/31/11 | J | | |
| 326.  SLV | | | | | Buy | 09/23/11 | J | | |
| 327.  SLV | | | | | Buy | 09/26/11 | J | | |
| 328.  SLV | | | | | Buy | 10/04/11 | J | | |
| 329.  SLV | | | | | Buy | 11/01/11 | J | | |
| 330.  SLV | | | | | Buy | 11/17/11 | J | | |
| 331.  SLV | | | | | Buy | 12/14/11 | J | | |
| 332.  Ivanhoe Mines Ltd. (IVN) | | None | | | Buy | 05/05/11 | J | | |
| 333.  IVN | | | | | Buy | 05/16/11 | J | | |
| 334.  IVN | | | | | Sold | 07/06/11 | J | A | |
| 335.  IVN | | | | | Buy | 08/05/11 | J | | |
| 336.  IVN | | | | | Sold (part) | 08/11/11 | J | | |
| 337.  IVN | | | | | Sold | 10/27/11 | J | | |
| 338.  JEF (Jeffries & Co.) | | None | J | T | Sold | 11/23/11 | J | | |
| 339.  JPM (JP Morgan) | | None | | | Sold | 06/30/11 | J | | |
| 340.  JPM | | | | | Buy | 07/05/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Kerry Properties Ltd. ▓ | A | Dividend | J | T | | | | | |
| 342. Kinder Morgan Management LLC (KMR) | | None | | | Buy | 06/08/11 | J | | |
| 343. KMR | | | | | Buy | 06/16/11 | J | | |
| 344. KMR | | | | | Buy | 07/12/11 | J | | |
| 345. KMR | | | | | Sold (part) | 07/28/11 | J | | |
| 346. KMR | | | | | Buy | 07/28/11 | J | | |
| 347. KMR | | | | | Buy | 08/05/11 | J | | |
| 348. KMR | | | | | Buy | 10/04/11 | J | | |
| 349. KMR | | | | | Sold (part) | 10/27/11 | J | A | |
| 350. KMR | | | | | Buy | 10/27/11 | J | | |
| 351. KMR | | | | | Sold (part) | 11/28/11 | J | A | |
| 352. KMR | | | | | Sold | 12/20/11 | J | B | |
| 353. LEZ1 (live cattle futures) | | None | | | Buy | 08/31/11 | K | | |
| 354. LEZ1 | | | | | Sold | 10/17/11 | K | C | |
| 355. LULU (Lulu Lemon) | | None | | | Sold | 07/07/11 | J | | |
| 356. LULU | | | | | Sold | 07/08/11 | J | | |
| 357. LULU | | | | | Buy | 07/19/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Magellan Midstream Parners (MMP) | A | Dividend | | | Buy | 06/08/11 | J | | |
| 359. MMP | | | | | Buy | 06/16/11 | J | | |
| 360. MMP | | | | | Buy | 08/02/11 | J | | |
| 361. MMP | | | | | Buy | 08/05/11 | J | | |
| 362. MMP | | | | | Buy | 11/08/11 | J | | |
| 363. MMP | | | | | Sold (part) | 11/28/11 | J | A | |
| 364. MMP | | | | | Sold | 12/20/11 | J | A | |
| 365. Market Vectors ETF TR Gold Miners ETF (GDX) | | None | | | Buy | 02/01/11 | J | | |
| 366. GDX | | | | | Sold (part) | 04/21/11 | J | C | |
| 367. GDX | | | | | Sold | 04/28/11 | J | B | |
| 368. MSFT (Microsoft) | | None | | | Sold | 06/30/11 | J | | |
| 369. MSFT | | | | | Sold | 07/05/11 | J | | |
| 370. MSFT | | | | | Sold | 07/06/11 | J | | |
| 371. MSFT | | | | | Sold | 07/08/11 | J | | |
| 372. MSFT | | | | | Buy | 07/29/11 | J | | |
| 373. Mitsubishi UFJ Finl Group (MTU) | | None | | | Buy | 05/19/11 | J | | |
| 374. MTU | | | | | Buy | 05/20/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. MTU | | | | | Buy | 07/07/11 | J | | |
| 376. MTU | | | | | Sold (part) | 08/11/11 | J | | |
| 377. MTU | | | | | Sold | 08/31/11 | J | | |
| 378. Mizuho Financial Group (MFG) | None | | | | Buy | 06/02/11 | J | | |
| 379. MFG | | | | | Buy | 07/07/11 | J | | |
| 380. MFG | | | | | Buy | 08/02/11 | J | | |
| 381. MFG | | | | | Sold (part) | 08/11/11 | J | | |
| 382. MFG | | | | | Sold | 08/31/11 | J | | |
| 383. MS (Morgan Stanley) | None | J | T | | Sold | 07/13/11 | J | | |
| 384. MS | | | | | Sold | 07/19/11 | J | | |
| 385. MS | | | | | Buy | 07/29/11 | J | | |
| 386. MS | | | | | Sold | 10/06/11 | J | | |
| 387. MS | | | | | Sold | 11/15/11 | J | | |
| 388. National Oilwell Varco Inc. (NOV) | None | | | | Buy | 08/04/11 | J | | |
| 389. NOV | | | | | Buy | 08/08/11 | J | | |
| 390. NOV | | | | | Sold (part) | 08/11/11 | J | | |
| 391. NOV | | | | | Sold | 09/01/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 27 of 44

Name of Person Reporting

King, George H.

Date of Report

10/11/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Natural Resource Partners LP (NRP) | A | Dividend | | | Buy | 06/08/11 | J | | |
| 393. NRP | | | | | Buy | 06/16/11 | J | | |
| 394. NRP | | | | | Buy | 07/21/11 | J | | |
| 395. NRP | | | | | Sold | 08/24/11 | J | | |
| 396. Newmont Mining Corp. (NEM) | A | Dividend | | | Buy | 05/10/11 | J | | |
| 397. NEM | | | | | Buy | 06/28/11 | J | | |
| 398. NEM | | | | | Sold (part) | 07/28/11 | J | A | |
| 399. NEM | | | | | Sold (part) | 08/24/11 | J | A | |
| 400. NEM | | | | | Sold | 10/27/11 | J | A | |
| 401. New World Development (17) | A | Dividend | J | T | Buy | 06/12/11 | J | | |
| 402. NGJ1 (natural gas futures) | | None | | | Buy | 02/01/11 | L | | |
| 403. NGJ1 | | | | | Sold | 03/11/11 | K | C | |
| 404. NGU1 (natural gas futures) | | None | | | Buy | 08/05/11 | K | | |
| 405. NGU1 | | | | | Sold | 08/10/11 | K | A | |
| 406. NGV1 (natural gas futures) | | None | | | Buy | 09/02/11 | K | | |
| 407. NGV1 | | | | | Sold | 09/07/11 | K | A | |
| 408. NGX1 (natural gas futures) | | None | | | Buy | 09/07/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. NGX1 | | | | | Sold | 10/04/11 | K | | |
| 410. NGZ1 (natural gas futures) | | None | | | Buy | 10/04/11 | K | | |
| 411. NGZ1 | | | | | Sold | 11/08/11 | K | C | |
| 412. Nomura Holdings Inc. (NMR) | | None | | | Buy | 05/18/11 | J | | |
| 413. NMR | | | | | Buy | 05/20/11 | J | | |
| 414. NMR | | | | | Buy | 07/07/11 | J | | |
| 415. NMR | | | | | Buy | 08/02/11 | J | | |
| 416. NMR | | | | | Sold (part) | 08/11/11 | J | | |
| 417. NMR | | | | | Sold | 08/31/11 | J | | |
| 418. Novagold resources Inc. (NG) | | None | | | Buy | 05/05/11 | J | | |
| 419. NG | | | | | Buy | 05/17/11 | J | | |
| 420. NG | | | | | Buy | 06/20/11 | J | | |
| 421. NG | | | | | Sold (part) | 07/13/11 | J | | |
| 422. NG | | | | | Buy | 08/05/11 | J | | |
| 423. NG | | | | | Sold | 10/27/11 | J | | |
| 424. NQH2 (Nasdaq futures) | | None | M | T | Sold | 12/12/11 | M | | |
| 425. NQM1 (Nasdaq futures) | | None | | | Sold | 03/11/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. NQM1 | | | | | Sold | 04/28/11 | K | | |
| 427. NQM1 | | | | | Sold | 05/16/11 | K | | |
| 428. NQM1 | | | | | Buy | 05/16/11 | K | | |
| 429. NQM1 | | | | | Sold | 05/17/11 | K | | |
| 430. NQM1 | | | | | Buy | 05/23/11 | K | B | |
| 431. NQM1 | | | | | Sold | 05/27/11 | K | | |
| 432. NQM1 | | | | | Buy | 06/02/11 | K | A | |
| 433. NQM1 | | | | | Buy | 06/03/11 | K | A | |
| 434. NQM1 | | | | | Sold | 06/07/11 | K | | |
| 435. NQM1 | | | | | Buy | 06/07/11 | K | B | |
| 436. NQM1 | | | | | Buy | 06/10/11 | L | A | |
| 437. NQU1 (Nasdaq futures) | None | | | | Sold | 06/10/11 | L | | |
| 438. NQU1 | | | | | Sold | 06/13/11 | K | | |
| 439. NQU1 | | | | | Buy | 06/13/11 | K | A | |
| 440. NQU1 | | | | | Buy | 06/16/11 | K | A | |
| 441. NQU1 | | | | | Sold | 06/16/11 | K | | |
| 442. NQU1 | | | | | Buy | 06/17/11 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1.000 or less F =$50.001 - $100.000 | B =$1.001 - $2.500 G =$100.001 - $1.000.000 | C =$2.501 - $5.000 H1 =$1.000.001 - $5.000.000 | D =$5.001 - $15.000 H2 =More than $5.000.000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15.000 or less N =$250.001 - $500.000 P3 =$25.000.001 - $50.000.000 | K =$15.001 - $50.000 O =$500.001 - $1.000.000 | L =$50.001 - $100.000 P1 =$1.000.001 - $5.000.000 P4 =More than $50.000.000 | M =$100.001 - $250.000 P2 =$5.000.001 - $25.000.000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

**FINANCIAL DISCLOSURE REPORT**

Page 30 of 44

Name of Person Reporting

King, George H.

Date of Report

10/11/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. NQU1 | | | | | Sold | 06/20/11 | K | | |
| 444. NQU1 | | | | | Sold | 06/21/11 | K | | |
| 445. NQU1 | | | | | Sold | 06/23/11 | K | | |
| 446. NQU1 | | | | | Sold | 07/01/11 | K | | |
| 447. NQU1 | | | | | Buy | 07/01/11 | L | C | |
| 448. NQU1 | | | | | Sold | 07/05/11 | K | | |
| 449. NQU1 | | | | | Buy | 07/12/11 | L | C | |
| 450. NQU1 | | | | | Sold | 07/13/11 | M | | |
| 451. NQU1 | | | | | Sold | 07/15/11 | K | | |
| 452. NQU1 | | | | | Sold | 07/18/11 | K | | |
| 453. NQU1 | | | | | Buy | 07/18/11 | K | A | |
| 454. NQU1 | | | | | Buy | 07/19/11 | K | | |
| 455. NQU1 | | | | | Sold | 07/19/11 | L | | |
| 456. NQU1 | | | | | Buy | 07/21/11 | M | B | |
| 457. NQU1 | | | | | Buy | 07/25/11 | K | A | |
| 458. NQU1 | | | | | Buy | 07/27/11 | M | D | |
| 459. NQU1 | | | | | Sold | 07/27/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 44

Name of Person Reporting

King, George H.

Date of Report

10/11/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. NQU1 | | | | | Buy | 07/28/11 | L | A | |
| 461. NQU1 | | | | | Sold | 07/28/11 | M | | |
| 462. NQU1 | | | | | Sold | 07/29/11 | M | | |
| 463. NQU1 | | | | | Buy | 07/29/11 | M | A | |
| 464. NQU1 | | | | | Sold | 08/05/11 | K | | |
| 465. NQU1 | | | | | Buy | 08/05/11 | L | | |
| 466. NQU1 | | | | | Sold | 08/09/11 | M | | |
| 467. NQU1 | | | | | Buy | 08/11/11 | K | | |
| 468. NQU1 | | | | | Sold | 08/11/11 | K | | |
| 469. NQU1 | | | | | Buy | 08/12/11 | L | | |
| 470. NQU1 | | | | | Sold | 08/12/11 | K | | |
| 471. NQU1 | | | | | Buy | 08/17/11 | L | | |
| 472. NQU1 | | | | | Sold | 08/23/11 | L | | |
| 473. NQU1 | | | | | Sold | 09/15/11 | L | | |
| 474. NQU1 | | | | | Buy | 09/15/11 | M | | |
| 475. NQZ1 (Nasdaq futures) | None | | | | Sold | 08/19/11 | K | | |
| 476. NQZ1 | | | | | Sold | 08/24/11 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. NQZ1 | | | | | Buy | 08/31/11 | L | | |
| 478. NQZ1 | | | | | Sold | 09/15/11 | L | | |
| 479. NQZ1 | | | | | Buy | 09/19/11 | L | | |
| 480. NQZ1 | | | | | Sold | 11/22/11 | K | | |
| 481. NQZ1 | | | | | Sold | 11/25/11 | K | | |
| 482. NQZ1 | | | | | Buy | 11/25/11 | K | A | |
| 483. NQZ1 | | | | | Buy | 11/30/11 | K | | |
| 484. NQZ1 | | | | | Sold | 09/22/11 | L | | |
| 485. NQZ1 | | | | | Sold | 09/23/11 | K | | |
| 486. NQZ1 | | | | | Sold | 10/04/11 | K | | |
| 487. NQZ1 | | | | | Buy | 10/24/11 | K | | |
| 488. NQZ1 | | | | | Buy | 10/27/11 | M | | |
| 489. NQZ1 | | | | | Sold | 10/28/11 | M | | |
| 490. NQZ1 | | | | | Sold | 11/01/11 | K | | |
| 491. NQZ1 | | | | | Buy | 12/12/11 | M | C | |
| 492. Nustar Energy LP (NS) | A | Dividend | | | Buy | 06/08/11 | J | | |
| 493. NS | | | | | Buy | 06/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. NS | | | | | Sold | 08/24/11 | J | | |
| 495. Occidental Petroleum Corp. (OXY) | | None | | | Buy | 08/02/11 | J | | |
| 496. OXY | | | | | Buy | 08/05/11 | J | | |
| 497. OXY | | | | | Sold (part) | 08/11/11 | J | | |
| 498. OXY | | | | | Sold | 09/01/11 | J | | |
| 499. Parkway Life Real Estate Invest TST NPV | A | Dividend | J | T | Buy | 11/09/11 | J | | |
| 500. Peabody Energy Corp. (BTU) | A | Dividend | | | Buy | 05/19/11 | J | | |
| 501. BTU | | | | | Sold | 05/19/11 | J | | |
| 502. BTU | | | | | Buy | 08/02/11 | J | | |
| 503. BTU | | | | | Buy | 08/08/11 | J | | |
| 504. BTU | | | | | Sold (part) | 08/11/11 | J | | |
| 505. BTU | | | | | Sold | 09/01/11 | J | A | |
| 506. Plains Exploration & Product (PXP) | | None | | | Buy | 05/17/11 | J | | |
| 507. PXP | | | | | Buy | 08/03/11 | J | | |
| 508. PXP | | | | | Buy | 08/08/11 | J | | |
| 509. PXP | | | | | Sold (part) | 08/11/11 | J | | |
| 510. PXP | | | | | Sold | 09/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 34 of 44

Name of Person Reporting

King, George H.

Date of Report

10/11/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Potash Corp of Saskatchewan (POT) | A | Dividend | | | Buy | 05/25/11 | J | | |
| 512. POT | | | | | Buy | 06/08/11 | J | | |
| 513. POT | | | | | Buy | 08/05/11 | J | | |
| 514. POT | | | | | Sold (part) | 08/11/11 | J | A | |
| 515. POT | | | | | Sold | 08/31/11 | J | A | |
| 516. Prime Fund-Capital Reserves-Money Market (Broker #2) | | None | | | Sold | 10/31/11 | L | A | See Treasury Capital Resv. |
| 517. Progen Pharmaceuticals Ltd. Ordinary Shares IAIN (DC) | | None | J | T | | | | | |
| 518. ProShares UltraShort Euro (EUO) | | None | | | Buy | 11/10/11 | J | | |
| 519. EUO | | | | | Buy | 11/11/11 | J | | |
| 520. EUO | | | | | Buy | 11/17/11 | J | | |
| 521. EUO | | | | | Buy | 11/18/11 | J | | |
| 522. EUO | | | | | Buy | 11/21/11 | J | | |
| 523. EUO | | | | | Buy | 11/28/11 | J | | |
| 524. EUO | | | | | Buy | 11/29/11 | J | | |
| 525. EUO | | | | | Sold | 12/12/11 | K | B | |
| 526. QQQ (Nasdaq ETF) | | None | | | Buy | 07/19/11 | K | | |
| 527. QQQ | | | | | Sold | 07/21/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 44

Name of Person Reporting

King, George H.

Date of Report

10/11/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. QQQ | | | | | Buy | 07/29/11 | K | | |
| 529. QQQ | | | | | Sold | 08/08/11 | K | | |
| 530. QQQ | | | | | Sold | 08/11/11 | J | | |
| 531. QQQ | | | | | Sold | 08/12/11 | J | | |
| 532. QQQ | | | | | Sold | 08/19/11 | J | | |
| 533. QQQ | | | | | Buy | 08/19/11 | K | A | |
| 534. Reintenantstalt/Swiss Life AG Namen (SLHNz) | A | Dividend | | | Buy | 05/10/11 | J | | |
| 535. SLHNz | | | | | Sold | 12/21/11 | J | | |
| 536. Schlumberger Ltd. (SLB) | A | Dividend | | | Buy | 05/25/11 | J | | |
| 537. SLB | | | | | Buy | 08/08/11 | J | | |
| 538. SLB | | | | | Sold (part) | 08/11/11 | J | A | |
| 539. SLB | | | | | Sold | 09/01/11 | J | A | |
| 540. Shenzhen Expressway Co. | | None | J | T | Buy | 06/15/11 | J | | |
| 541. Shui On Land Ltd. | A | Dividend | J | T | | | | | |
| 542. Sichuan Experssway Co. | | None | J | T | Buy | 06/07/11 | J | | |
| 543. Sino Land Co. | A | Dividend | J | T | Buy | 06/01/11 | J | | |
| 544. SPDR Gold Tr Gold Shs (GLD) | | None | K | T | Buy | 02/01/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 44

Name of Person Reporting

King, George H.

Date of Report

10/11/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. GLD | | | | | Sold | 04/26/11 | L | D | |
| 546. GLD | | | | | Buy | 07/07/11 | J | | |
| 547. GLD | | | | | Buy | 08/31/11 | K | | |
| 548. GLD | | | | | Buy | 12/14/11 | K | | |
| 549. Specie Assets (Spc) | None | M | T | | Buy | 05/2/11 | J | | |
| 550. Spc | | | | | Buy | 05/06/11 | J | | |
| 551. Spc | | | | | Buy | 05/11/11 | J | | |
| 552. Spc | | | | | Buy | 06/02/11 | J | | |
| 553. Spc | | | | | Buy | 06/13/11 | J | | |
| 554. Spc | | | | | Buy | 06/15/11 | J | | |
| 555. Spc | | | | | Buy | 06/20/11 | J | | |
| 556. Spc | | | | | Buy | 06/23/11 | J | | |
| 557. Spc | | | | | Buy | 06/25/11 | J | | |
| 558. Spc | | | | | Buy | 06/27/11 | J | | |
| 559. Spc | | | | | Buy | 07/08/11 | J | | |
| 560. Spc | | | | | Buy | 07/28/11 | J | | |
| 561. Spc | | | | | Buy | 08/01/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. Spc | | | | | Buy | 08/05/11 | J | | |
| 563. Spc | | | | | Buy | 08/06/11 | J | | |
| 564. Spc | | | | | Buy | 08/10/11 | J | | |
| 565. Spc | | | | | Buy | 08/24/11 | J | | |
| 566. Spc | | | | | Buy | 08/29/11 | J | | |
| 567. Spc | | | | | Buy | 08/30/11 | J | | |
| 568. Spc | | | | | Buy | 09/07/11 | J | | |
| 569. Spc | | | | | Buy | 09/23/11 | J | | |
| 570. Spc | | | | | Buy | 09/24/11 | J | | |
| 571. Spc | | | | | Buy | 11/01/11 | J | | |
| 572. Spc | | | | | Buy | 11/22/11 | J | | |
| 573. Sprott Resources Ltd. (SCP) | None | | | | Buy | 05/17/11 | J | | |
| 574. SCP | | | | | Buy | 05/24/11 | J | | |
| 575. SCP | | | | | Buy | 06/07/11 | J | | |
| 576. SCP | | | | | Sold (part) | 07/13/11 | J | A | |
| 577. SCP | | | | | Sold | 10/28/11 | J | | |
| 578. Southgobi Resources Ltd. (SGQ) | None | | | | Buy | 05/12/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. SGQ | | | | | Buy | 05/18/11 | J | | |
| 580. SGQ | | | | | Buy | 06/21/11 | J | | |
| 581. SGQ | | | | | Buy | 08/05/11 | J | | |
| 582. SGQ | | | | | Sold (part) | 08/11/11 | J | | |
| 583. SGQ | | | | | Sold | 09/01/11 | J | | |
| 584. Suntec Real Estate Investment Trust NPV | A | Dividend | J | T | Buy | 09/22/11 | J | | |
| 585. Swiss Reinsurance Regist. Share (RUKNz) | | None | | | Buy | 05/10/11 | J | | |
| 586. RUKNz | | | | | Sold | 11/28/11 | J | | |
| 587. Teck Resources Ltd. (TCK.A) | | None | | | Buy | 05/24/11 | J | | |
| 588. TCK.A | | | | | Sold | 05/24/11 | J | | |
| 589. Teck Resources Ltd. (TCK.B) | A | Dividend | | | Buy | 05/24/11 | J | | |
| 590. TCK.B | | | | | Buy | 06/15/11 | J | | |
| 591. TCK.B | | | | | Buy | 08/05/11 | J | | |
| 592. TCK.B | | | | | Sold (part) | 08/12/11 | J | | |
| 593. TCK.B | | | | | Sold | 10/28/11 | J | | |
| 594. Telik Inc. | | None | J | T | | | | | |
| 595. Thai Beverage Public Co. Ltd. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. Thai Reinsurance Co. THB1 | A | Dividend | J | T | Buy | 11/08/11 | J | | |
| 597. Thai Vegetable Oil Co. THB1 | A | Dividend | J | T | Buy | 11/08/11 | J | | |
| 598. Trade Winds Ventures Inc. (TWD) | A | Dividend | | | Buy | 06/13/11 | J | | |
| 599. TWD | | | | | Buy | 06/24/11 | J | | |
| 600. TWD | | | | | Sold | 07/28/11 | J | A | |
| 601. TWD | | | | | Buy | 08/05/11 | J | | |
| 602. TWD | | | | | Buy | 08/08/11 | J | | |
| 603. TWD | | | | | Sold (part) | 08/11/11 | J | A | |
| 604. TWD | | | | | Sold | 10/28/11 | J | A | |
| 605. Treasury Fund-Capital reserves (Broker # 2 moved funds) | | None | L | T | Buy | 10/31/11 | L | | |
| 606. Uranium Participation Corp. (U) | | None | | | Buy | 05/18/11 | J | | |
| 607. U | | | | | Buy | 05/26/11 | J | | |
| 608. U | | | | | Buy | 06/14/11 | J | | |
| 609. U | | | | | Sold (part) | 08/11/11 | J | | |
| 610. U | | | | | Sold | 09/01/11 | J | | |
| 611. Univanich Palm Oil Public Co. Ltd. | A | Dividend | J | T | | | | | |
| 612. VXM1 (volititily index futures) | | None | | | Buy | 05/12/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613.  VXM1 | | | | | Sold | 05/16/11 | K | A | |
| 614.  Western Gas Partners LP (WES) | A | Dividend | | | Buy | 06/13/11 | J | | |
| 615.  WES | | | | | Buy | 06/16/11 | J | | |
| 616.  WES | | | | | Buy | 08/02/11 | J | | |
| 617.  WES | | | | | Buy | 10/04/11 | J | | |
| 618.  WES | | | | | Buy | 10/06/11 | J | | |
| 619.  WES | | | | | Buy | 10/27/11 | J | | |
| 620.  WES | | | | | Buy | 11/08/11 | J | | |
| 621.  WES | | | | | Sold (part) | 11/28/11 | J | A | |
| 622.  WES | | | | | Sold | 12/20/11 | J | A | |
| 623.  Williams Partners LP (WPZ) | A | Dividend | | | Buy | 07/07/11 | J | | |
| 624.  WPZ | | | | | Buy | 07/12/11 | J | | |
| 625.  WPZ | | | | | Buy | 08/05/11 | J | | |
| 626.  WPZ | | | | | Buy | 10/04/11 | J | | |
| 627.  WPZ | | | | | Buy | 11/08/11 | J | | |
| 628.  WPZ | | | | | Sold (part) | 11/28/11 | J | A | |
| 629.  WPZ | | | | | Sold | 12/20/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. ZC (corn futures) | | None | | | Sold | 04/18/11 | M | | |
| 631. ZC | | | | | Buy | 04/19/11 | M | A | |
| 632. ZC | | | | | Buy | 09/19/11 | K | | |
| 633. ZC | | | | | Sold | 10/24/11 | K | | |
| 634. Zhejiang Experessway Co | A | Dividend | J | T | Buy | 06/06/11 | J | | |
| 635. Zijin Mining Group Co. Ltd. | A | Dividend | J | T | Buy | 06/01/11 | J | | |
| 636. Zurich Financial Services (ZURNz) | | None | | | Buy | 05/10/11 | J | | |
| 637. ZURNz | | | | | Sold | 12/09/11 | J | | |
| 638. ZO (oat futures) | | None | | | Buy | 09/12/11 | K | | |
| 639. ZO | | | | | Sold | 10/14/11 | K | A | |
| 640. ZS (soy futures) | | None | | | Buy | 06/09/11 | L | | |
| 641. ZS | | | | | Sold | 06/09/11 | L | A | |
| 642. Zurich Financial Services (ZURNz) | | None | | | Buy | 05/10/11 | J | | |
| 643. ZURNz | | | | | Sold | 12/09/11 | J | | |
| 644. ZW (wheat futures) | | None | | | Buy | 08/31/11 | K | | |
| 645. ZW | | | | | Sold | 11/08/11 | K | D | |
| 646. ZW | | | | | Buy | 11/08/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. ZW | | | | | Sold | 12/20/11 | K | | |
| 648. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 43 of 44

Name of Person Reporting

King, George H.

Date of Report

10/11/2012

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

These explanations/information regard Part VII:

1. Line 2: Pursuant to Judicial Conference of the United States Committee on Financial Disclosure letter dated September 19, 2011, the full cash value of the property according to the Yavapai County Assessor is $239,353. According to the same entity, the assessed full cash value is $23,935.

2. Line 6: In prepartion of this Financial Disclosure Report (FDR), the fact that a dividend was received and the range amount received during that year, if any, were both reported on the inital line that identifies the asset. Dividends distributed at intervals during the year were compiled in that single line item. Similarly, the fact that the asset was held at year end is reported on that initial line identifying the asset and not on all subsequent lines that describe "buy" or "sold" transactions in the asset.

3. Line 12: In prepartion of this FDR, the "audit" feature was run. The audit highlighted nearly all short sale transactions and the reported gain on the covering buy. No changes were made to the FDR based on the highlighting in the audit feature. If a covering buy was made and the transaction resulted in a gain, the gain was reflected at the buy.

4. Line 87: China Overseas Land & Investment Ltd. (0688) was erroneously recorded on the 2010 FDR as held at the end of the year.

5. Line 150: CLZ0 was eroneously recorded on the 2010 FDR as held at the end of the year.

6. Line 252: Euro futures (6EZ0) was erroneously recorded on the 2010 FDR as held at the end of the year.

7. Line 289: HGZ0 was erroneously recorded on the 2010 FDR as held at the end of the year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ George H. King**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544